IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 4:25-cr-68 |
| | ) |
| KEMP JERMAINE NELSON | ) |

**MOTION OF THE UNITED STATES FOR LEAVE TO FILE OUT OF TIME**

Now comes the United States of America, by and through attorneys, Lindsey Halligan, United States Attorney for the Eastern District of Virginia, and Peter G. Osyf, Assistant United States Attorney, and moves this Honorable Court for leave to file its Response to Defendant's Motion to Suppress Statements (ECF No. 16) out of time. In support thereof, the government states as follows:

1. On November 10, 2025, defendant Kemp Nelson, filed a Motion to Suppress Statements he made to federal agents. ECF No. 16.

2. The government's response was due fourteen days from the date of Mitchell's filing of ECF No. 16 – November 24, 2025.

3. Undersigned counsel for the United States was preparing for and immersed in a federal jury trial before the Honorable Rodrick C. Young in Richmond that concluded on November 19, 2025. *See United States v. Anthony George Ruggiero*, 4:24-cr-39. Amidst getting back up to speed on other cases following trial, the deadline for filing the government's response in this case was overlooked by undersigned counsel.

4. Realizing the oversight, undersigned counsel for the United States worked

1

diligently to file the government's response on time.

5. However, the government's response in opposition was not filed until 12:52 a.m. on November 25, 2025.

6. The United States submits that the defendant is not prejudiced by the United States' 52-minute late filing of its response.

7. Wherefore, the United States respectfully moves the Court for leave to file its Response in Opposition to ECF No. 16 out of time.

                                            LINDSEY HALLIGAN
                                            UNITED STATES ATTORNEY

By         /s/
       Peter G. Osyf
       Assistant United States Attorney
       United States Attorney's Office
       One City Center
       11815 Fountain Way, Suite 200
       Newport News, Virginia 23606
       Tel. (757) 591-4032
       Fax: (757) 591-0866
       Email: Peter.Osyf@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 25, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system who will send notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
Peter G. Osyf
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Email: Peter.Osyf@usdoj.gov